IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:08CR00194(2-3)-WRW

RAY MIKE GRAHAM
JAMES MARK GRAHAM

## ORDER

Pending before the Court is the Government's Motion for Dismissal (doc #30). The Motion is GRANTED, and the Indictment is dismissed as to defendants, Ray Mike Graham and James Mark Graham.

IT IS SO ORDERED this 22nd day of August, 2008.

                                  /s/Wm. R. Wilson, Jr.
                          UNITED STATES DISTRICT JUDGE

orddismindictment.Graham.wpd